PER CURIAM.
 

 Affirmed.
 
 See Rosa v. State,
 
 58 So.3d 900, 902 (Fla. 2d DCA 2011) (declining to apply merger rule as set forth in
 
 Brooks v. State,
 
 918 So.2d 181 (Fla.2005), because the evidence showed that the child victim suffered several acts of violence);
 
 Dorsey v. State,
 
 942 So.2d 983, 985 (Fla. 5th DCA 2006) (holding that
 
 Brooks
 
 did not apply because the evidence suggested the child had suffered multiple acts of abuse during the eight-hour period he was with the defendant).
 

 SILBERMAN, KELLY, and LaROSE, JJ., Concur.